NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT DANIEL HAMILTON,   )
  )
      Appellant,   )
  )
v.   )   Case No. 2D18-2800
  )
STATE OF FLORIDA,   )
  )
      Appellee.   )
_____)

Opinion filed September 11, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenberry, Judge.

J. Jervis Wise of Brunvand Wise, P.A.,
Clearwater, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, KELLY, and LaROSE, JJ., Concur.